**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA LILIA CAMPOS INOJOSA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 3-26-CV-02692-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered Plaintiff Ana Lilia Campos Inojosa's Notice of Voluntary Dismissal, ECF No. 5, filed on November 19, 2026, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 20th day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE